# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **TERESA BROPHY,** | ) | **CASE NO. 5:08CV2111** |
| | ) | |
| **PLAINTIFF ,** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **V.** | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL** | ) | **MEMORANDUM OPINION** |
| **SECURITY,** | ) | **AND ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |
| | ) | |

This matter is before the Court upon the parties' Joint Proposed Stipulation to Remand. (Dkt. # 15). On September 8, 2008, the instant matter was automatically referred pursuant to L.R. 72.2(b) to United States Magistrate Judge William H. Baughman, Jr. for the issuance of a Report and Recommendation. (Dkt. # 4). On May 5, 2009, Magistrate Judge Baughman issued a Report and Recommendation recommending that the Court reverse and remand the instant matter to the Commissioner of Social Security for further development of the record and a *de novo* decision, pursuant to the fourth sentence of 42 U.S.C. § 405(g). (Dkt. # 16).

The parties have agreed to a joint stipulation to remand this action, pursuant to 42 U.S.C. § 405(g), and neither party has filed objections to Magistrate Judge Baughman's Report and Recommendation. Therefore, the Report and Recommendation of Magistrate Judge Baughman is hereby **ADOPTED**. (Dkt. # 16). The parties' joint stipulation is **APPROVED**. (Dkt. # 15). This action is **REMANDED** to the Social Security

1

Administration for further proceedings consistent with Magistrate Judge Baughman's Report and Recommendation.

**IT IS SO ORDERED**.

                                          **/s/ Peter C. Economus – May 20, 2009**
                                          **PETER C. ECONOMUS**
                                          **UNITED STATES DISTRICT JUDGE**