IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA BROPHY, | ) | CASE NO. 5:08 CV 2111 |
| | ) | |
| Plaintiff, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| v. | ) | MAGISTRATE JUDGE |
| | ) | WILLIAM H. BAUGHMAN, JR. |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **REPORT & RECOMMENDATION** |
| Defendant. | ) | |

This matter comes before the Court on order of referral[1] of plaintiff's motion for attorney fees[2] pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. On September 2, 2009, counsel for the parties filed a joint proposed stipulation to award EAJA fees.[3] The award of attorney fees and costs in the amount of $1,000.00 will satisfy all plaintiff's claims for fees and expenses under 28 U.S.C. § 2412.

On consideration whereof, I recommend the granting of attorney fees and expenses in the amount of $1,000.00 payable to plaintiff's counsel.

Dated:  September 14, 2009             s/ William H. Baughman, Jr.
                                       United States Magistrate Judge

---

[1] ECF # 19.

[2] ECF # 18.

[3] ECF # 20.

**Objections**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within ten (10) days of receipt of this notice. Failure to file objections within the specified time waives the right to appeal the District Court's order.[4]

---

[4] *See*, *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also*, *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).