UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TERESA BROPHY,** | ) | CASE NO. 5:08CV2111 |
| | ) | |
| PLAINTIFF, | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| V. | ) | |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) | MEMORANDUM OPINION AND ORDER |
| | ) | |
| DEFENDANT. | ) | |
| | ) | |

On August 3, 2009, this Court issued an order assigning this case to Magistrate Judge William H. Baughman, Jr. (Dkt. # 19) to determine Teresa Brophy's ("Plaintiff") Motion for Attorney Fees (Dkt. # 18). On September 2, 2009, the parties filed a Joint Proposed Stipulation to Award EAJA Fees. (Dkt. # 20). On September 14, 2009, Magistrate Judge Baughman issued a Report and Recommendation, recommending that the Court **GRANT** Plaintiff attorney fees in the amount of $1,000.00. (Dkt. # 21).

FED. R. CIV.P. 72(b) provides that objections to a report and recommendation must be filed within ten (10) days after service. The parties have not filed any such objections. Therefore, the Court must assume that parties are satisfied with Magistrate Judge Baughman's recommendation. Any further review by this Court would be a duplicative and an inefficient use of the Court's limited resources. Thomas v. Arn, 728 F.2d 813 (6th Cir. 1984), aff'd, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human

1

Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir.1981).

Therefore, the Report and Recommendation of Magistrate Judge Baughman is hereby **ADOPTED**.  (Dkt. # 21).  Plaintiff's Motion for Attorney Fees is **GRANTED**.  (Dkt. # 18).  Accordingly, a fee award in the amount of $1,000.00 is **ORDERED** to be sent to Plaintiff's counsel, John Regas.

**IT IS SO ORDERED**.

**/s/ Peter C. Economus – October 2, 2009**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**